# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>MOTZ, DIANA G | 2. Court or Organization<br><br>FOURTH CIRCUIT CT. OF APPEALS | 3. Date of Report<br><br>05/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>FOURTH CIRCUIT JUDGE - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>101 W. Lombard St., 9th Fl.<br>Baltimore, Maryland 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Johns Hopkins Hospital and Johns Hopkins University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOTZ, DIANA G | 05/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Pennsylvania School of Law | January 26, 2006 - educational seminar - transportation and lodging |
| 2. | New York University School of Law | April 7-9, 2006 - educational seminar - transportation and lodging |
| 3. | University of Chicago School of Law | May 4-5, 2006 - educational seminar - transportation and lodging |
| 4. | Stanford University School of Law | October 31-November 1, 2006 - educational seminar - transportation and lodging |
| 5. | American Bar Association | November 9-10, 2006 - educational seminar - transportation and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| MOTZ, DIANA G | 05/11/2007 |

| 6. | Harvard Law School | November 14-15, 2006 - educational seminar - transportation and lodging |
|---|---|---|
| 7. | Yale Law School | December 11-12, 2006 - educational seminar - transportation and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| MOTZ, DIANA G | 05/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOTZ, DIANA G | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ExxonmMobil | C | Div | M | T | Inh. | 12/18 | M | | |
| 2. IBM | A | Div | M | T | Inh. | * | M | | *See note 1; See note 2 |
| 3. T. Rowe Price - Tax Exempt | A | Int | J | T | | | | | |
| 4. T. Rowe Price | B | Div | M | T | | | | | Please note - not a mutual fund |
| 5. Sara Lee | A | Div | J | T | | | | | |
| 6. Nicholas Fund | A | Div | L | T | | | | | |
| 7. T. Rowe Price Equity Income Fund | A | Dividend | K | T | | | | | |
| 8. Chevron/Texaco | A | Div | K | T | | | | | |
| 9. Campbell Soup | A | Div | J | T | | | | | |
| 10. MD. Health Bond | A | Interest | K | T | | | | | |
| 11. AIM-Weingarten (IRA) | A | Div | K | T | | | | | |
| 12. Bellsouth/AT&T | A | Div | K | T | | | | | |
| 13. Gen'l Elec | A | Div | L | T | Inh. | 8/25 | K | | See note 2 |
| 14. DuPont DeNemour & Co. | A | Div | J | T | | | | | |
| 15. ExxonMobil Corp. (IRA) | A | Div | K | T | | | | | |
| 16. Apple Computer | A | Div | K | T | | | | | |
| 17. T. Rowe Price-New ERA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOTZ, DIANA G | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  T. Rowe Price - Value | A | Dividend | L | T | | | | | |
| 19.  MSDW Liquid Asset | A | Interest | L | T | | | | | |
| 20.  MSDW Liquid Asset (IRA) | A | Interest | K | T | | | | | |
| 21.  T. Rowe Price - Capital Opp. (IRA) | A | Dividend | K | T | | | | | |
| 22.  T. Rowe Price - Health Sciences (IRA) | A | Dividend | L | T | | | | | |
| 23.  T. Rowe Price - New Asia (IRA) | A | Dividend | K | T | | | | | |
| 24.  T. Rowe Price - Small - Cap Value (IRA) | A | Dividend | L | T | | | | | |
| 25.  T. Rowe Price - Value Fund (IRA) | A | Dividend | L | T | | | | | |
| 26.  MSDW Liquid Asset | A | Interest | L | T | | | | | |
| 27.  Manugistics | A | Dividend | J | T | Sell | 7/07 | J | A | |
| 28.  Manugistics | A | Dividend | J | T | Sell | 7/07 | J | A | |
| 29.  T. Rowe Price - Prime Reserve (IRA) | A | Dividend | K | T | | | | | |
| 30.  Merck | A | Dividend | J | T | | | | | |
| 31.  Merck | A | Dividend | J | T | | | | | |
| 32.  Lucent Technologies (IRA) | A | Dividend | J | T | Sell | 6/13 | J | A | |
| 33.  Walmart (IRA) | A | Dividend | J | T | Sell | 2/9 | J | A | |
| 34.  Cisco Systems (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOTZ, DIANA G | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MSDW American Opportunity/Focus Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 36. MSDW Dividend Growth B (IRA) | A | Dividend | K | . T | | | | | |
| 37. MSDW Aggressive Equity (IRA) | A | Dividend | J | T | | | | | |
| 38. MSDW Total Market Fund (IRA) | A | Dividend | K | T | | | | | |
| 39. CVS | A | Dividend | J | T | | | | | |
| 40. Lucent | A | Dividend | J | T | Sell | 6/13 | J | A | |
| 41. Unit VK Focus (IRA) | A | Dividend | K | T | Sell | 5/4 | K | A | |
| 42. John Hancock Tech. (IRA) | A | Dividend | J | T | | | | | |
| 43. John Hancock Fin. IRA) | A | Dividend | J | T | | | | | |
| 44. Md. State CDA-B | A | Interest | J | T | Redemption | 7/21 | J | A | |
| 45. T. Rowe Price | A | Dividend | L | T | | | | | Please note - not a mutual fund |
| 46. Pepsico | A | Dividend | L | T | Inh. | 8/25 | K | | See note 2 |
| 47. U.S. Treasury Bonds (IRA) | A | Interest | K | T | | | | | |
| 48. Baltimore County Bond | A | Interest | J | T | | | | | |
| 49. Montgomery County Bond | A | Interest | K | T | | | | | |
| 50. Global Dividend Growth-B | A | Dividend | K | T | | | | | |
| 51. Special Value Fund A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOTZ, DIANA G | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Charles County Bond | A | Dividend | J | T | | | | | |
| 53. Discover Banke CD (IRA | A | Interest | J | T | | | | | |
| 54. Altria | A | Dividend | K | T | Inh. | 8/25 | K | | |
| 55. BP | A | Dividend | K | T | Inh. | 8/25 | K | | |
| 56. Kimberly Clark | A | Dividend | K | T | Inh. | 8/25 | K | | |
| 57. Kraft | A | Dividend | J | T | Inh. | 8/25 | J | | |
| 58. Yum Brands | A | Dividend | K | T | Inh. | 8/25 | K | | |
| 59. AIG | A | Dividend | M | T | Inh. | 12/18 | M | | |
| 60. Black & Decker | A | Dividend | L | T | Inh. | 12/18 | L | | |
| 61. Constellation Energy | A | Dividend | M | T | Inh. | 12/18 | M | | |
| 62. Mercantile Bank/PNC | B | Dividend | N | T | Inh. | 12/18 | N | | |
| 63. T. Rowe Price New Horizons Fund | A | Dividend | K | T | Inh. | 12/8 | K | | |
| 64. T. Rowe Price Md. Tax -Free Bond Fund | A | Dividend | K | T | Inh. | 11/27 | K | | |
| 65. T. Rowe Price Blue Chip Growth | A | Dividend | M | T | Inh. | 10/10 | M | | See note 3 |
| 66. T. Rowe Price International Bond | A | Dividend | K | T | Inh. | 10/10 | K | | See note 3 |
| 67. T. Rowe Price International Stock | A | Dividend | K | T | Inh. | 101/0 | K | | See note 3 |
| 68. T. Rowe Price Prime Reserve | A | Dividend | O | T | Inh. | 10/19 | O | | See note 3 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOTZ, DIANA G | 05/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Investments - Note 1 - D(2):  8/25 and 12/18 (two separate inheritances)

Investments - Note 2 - Held by█████ as trustees of generation skipping trust; annual income to ███

Investments - Note 3 - Some stock in this company has been previously held and previously reported:  additional stock was inherited.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat ███████████████                                    Date May 15, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544